FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D18-3104
_____

LEE SHIVER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

February 12, 2019


PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lee Shiver, pro se, Appellant.

Ashley B. Moody, Attorney General, and Holly N. Simcox, Assistant Attorney General, Tallahassee, for Appellee.